UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUNZL USA, LLC,

    Plaintiff,

    v.

ANITA MAE CHATTMON, et al.,

    Defendants.

Case No. 15-cv-04137-RS

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

(X)    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

( )    The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee is $400.00 be paid no later than.  Failure to pay the filing fee by that date will result in dismissal for the above- entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

( ) Filing fee waived in part: partial payment of $ due on, remaining balance to be waived.

( ) Partial payment of $ due on, remaining balance due and payable on.

( ) Partial payment of $ due on, remaining balance due in installments as follows.

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 10/29/15

_____
RICHARD SEEBORG
United States District Judge

(Not to be used in PRISONER OR HABEAS CORPUS CASES) (rev. 4/22/2014)