**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUNZL USA, LLC As Fiduciary of THE BUNZL USA, LLC DEFERRED SAVINGS PLAN,<br><br>           Plaintiff,<br><br>      vs.<br><br>ANITA MAE CHATTMON and AUDREY CHATTMON,<br><br>           Defendants. | CASE NO. **3:15-cv-04137-RS**<br><br>Assigned to Hon. Richard Seeborg<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND ALL DEADLINES** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the motion to extend all deadlines, filed by Plaintiff, Bunzl USA, LLC, as fiduciary of The Bunzl USA, LLC Deferred Savings Plan ("Plaintiff"), came before the Court.

Having considered all pleadings and papers submitted and good cause having been shown therefore, **IT IS HEREBY ORDERED** as follows: Plaintiff's motion is GRANTED and all deadlines set in the Order Setting Initial Case Management Conference and ADR Deadlines of September 14, 2015 (Dkt. 4) and the Clerk's Notice of October 15, 2015 (Dkt. 10) are hereby vacated.

1  The Court hereby extends all deadlines as follows:
2  Last day to file ADR related Documents: __1/7/16__
3  Last day to file Rule 26(f) Report: __1/21/16__
4  Initial Case Management Conference: __1/28/16__
5
6  DATED: __11/20__, 2015
7
8
9                                          _____
                                            Hon. Richard Seeborg
10                                          United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND ALL DEADLINES