UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUNZL USA, LLC,

    Plaintiff,

v.

ANITA MAE CHATTMON, et al.,

    Defendants.

Case No. 15-cv-04137-RS

**ORDER REQUESTING FURTHER BRIEFING**

Bunzl USA, LLC, brings this interpleader action on behalf of its fiduciary, Bunzl USA, LLC Deferred Savings Plan, to determine who is entitled to receive benefits payable to the beneficiary of Verge Chattmon, Jr. Verge and Audrey Chattmon married and never divorced. Nevertheless, Verge named Anita Mae Chattmon as his beneficiary under his plan benefits without Audrey's consent.

After Bunzl filed this action, Audrey and Anita Mae waived service. Audrey filed an answer to the complaint and crossclaim against Anita Mae. To date, Anita Mae has not answered the complaint, which prompted Bunzl to move for entry of default against Anita Mae. On February 12, 2016, the clerk entered default as to Anita Mae.

Since the entry of default, Audrey and Bunzl have agreed to a consent judgment, which has been filed with this court. Judgment has not been entered against Anita Mae, which raises the following question: Is it appropriate to enter this consent judgment between Audrey Chattmon and Bunzl before final judgment has been entered against Anita Mae Chatton? Accordingly,

1   Bunzl is ordered to submit a supplemental brief within 14 days of the date of this order, not to

2   exceed 5 pages, addressing that question.

3   **IT IS SO ORDERED**.

5   Dated: March 22, 2016

_____
RICHARD SEEBORG
United States District Judge