# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNZL USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANITA MAE CHATTMON, et al., <br><br> Defendants. | Case No. 15-cv-04137-RS <br><br> **JUDGMENT** |

Bunzl's motion for entry of default judgment against Anita Mae Chattmon has been granted. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment against Anita Mae Chattmon. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 16, 2016

RICHARD SEEBORG
United States District Judge