John L. Viola
jviola@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East 19th Floor
Los Angeles, CA 90067
Tel: (310) 282-9407
Fax: (310) 282-2501

Richard J. Pautler
Email: rpautler@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza – 28th Floor
St. Louis, MO 63101
Tel: (314) 552-6470
Fax: (314) 552-7470

Attorneys for Plaintiff, Bunzl USA, LLC, Fiduciary
Of the Bunzl USA, LLC Deferred Savings Plan
Plan

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BUNZL USA, LLC as Fiduciary of the BUNZL USA, LLC DEFERRED SAVINGS PLAN**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**ANITA MAE CHATTMON**<br><br>**AUDREY CHATTMON**<br><br>        **Defendants.** | 15-04137 RS<br>Case No. ~~4:13-cv-02122~~ |

**CONSENT ORDER AND JUDGMENT**

With the agreement and consent of all parties not in default, the Court hereby orders and adjudges:

1.   This Court has subject matter jurisdiction over this interpleader action pursuant to pursuant to § 502(e)(1) of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §1132(e) and 28 U.S.C. § 1331.  Venue is proper in this Court pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2).

2. The Bunzl USA, LLC Deferred Savings Plan ("Plan") is an "employee benefit plan" within the meaning of ERISA § 3(3) of 29 U.S.C. § 1002(3).

3. Bunzl USA, LLC is the named fiduciary for the Plan and has standing to bring this interpleader action pursuant to ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3).

4. Verge Chattmon, Jr. ("Decedent") was a "participant" in Plan when he died August 9, 2015.

5. Upon Decedent's death, benefits became payable under the Plan.

6. A case and controversy existed regarding who became entitled to the Plan benefits upon the death of Decedent.

7. Bunzl USA, LLC as fiduciary of the Plan properly and in good faith filed this interpleader action for the purpose of determining the proper beneficiary of the Plan benefits that came payable upon the death of Decedent.

8. All persons who might have a claim to the Plan benefits have been properly joined and served in to this action.

9. Audrey Chattmon was married to Decedent and was never divorced from Decedent.

10. Subsequent to Audrey Chattmon's marriage to Decedent, Decedent named Anita Mae Chattmon as the beneficiary of his Plan benefits.

11. Audrey Chattmon never consented to Decedent naming Anita Mae Chattmon as beneficiary of the Plan benefits.

12. Decedent's naming Anita Mae Chattmon as beneficiary of his Plan benefits, without the written consent of Audrey Chattmon, was in violation of ERISA § 205(c)(2), 29 U.S.C. § 1055(c)(2).

13. Although Anita Mae Chattmon waived service, she did not file any answer or any other document responding to the Complaint In Interpleader and a Default Judgment has been properly entered against Anita Mae Chattmon.

14. Audrey Chattmon is entitled the interpleaded Plan benefits.

1  15. The Plan is entitled to recover its reasonable attorneys' fees and costs to date of $7,000 incurred in bringing this action (hereinafter "Plaintiff's Fees and Costs").

The Court hereby Orders and Adjudges that:

A. The Plan is entitled to recover from the Plan benefits, its attorneys' fees and costs in the amount of Seven Thousand Dollars ($7,000). This sum may be taken immediately from the Plan benefits.

B. All Plan benefits (less the amount referenced in Paragraph A, supra.), shall be paid or released to Audrey Chattmon in any form available to a surviving spouse under federal law as she may choose.

C. Defendants – Audrey Chattmon and Anita Mae Chattmon -- and each of her heirs, agents, assigns, estates and representatives, are forever barred from bringing any claim or action against the Plan or any of its administrators or fiduciaries in any way related to any benefit that became payable upon the death of Verge Chattmon, Jr.

State of Texas            )
                          )
County of __Harris__      )

_____
Audrey Chattmon

Subscribed and sworn to before me this 14th day of March, 2016.

_____
Notary Public

My Commission expires: 12/14/2016

[Notary seal: JUAN JUAREZ, My Commission Expires December 14, 2016, State of Texas]

/s/ Harald Westendorf    3/18/2016
Harald Westendorf
39510 Paseo Padre Parkway
Suite 190
Fremont, CA 94538
Tel: 510.792.3750
Fax: 510.796.1624
harald@hwestlaw.com
Attorney for Audrey Chattmon

- 3 -

**THOMPSON COBURN LLP**

By: */s/ Richard J. Pautler, Esq*
    John L. Viola
    Diane Sanders
    2029 Century Park East, Suite 1900
    Los Angeles, California 90067
    Tel: 310.282.2500 / Fax: 310.282.2501
Attorneys for Plaintiff, Bunzl USA, LLC, Fiduciary
Of the Bunzl USA, LLC Deferred Savings Plan
Plan

**SO ORDERED AND ADJUDGED**

_____
United States District Court Judge

Dated: 6/16/16

- 4 -

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 1900, Los Angeles, CA 90067.

On **March 21, 2016**, I served true copies of the following document(s) described as:

**CONSENT ORDER AND JUDGMENT**

on the interested parties in this action as follows:

| | |
|---|---|
| **Audrey Chattmon**<br>**8206 Rhobell Street**<br>**Houston, TX 77078** | *Defendant* |
| **Anita Mae Chattmon**<br>**1544 Lincoln Ave., Apt. D.**<br>**Alameda, CA 94501** | *Defendant* |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Thompson Coburn LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 21, 2016**, at Los Angeles, California.

*/s/ Lauren Stevens*
Lauren A Stevens